# Exhibit D

Exhibit D







John Fogerty - Wrote a Song For Creedence

Availability: In stock

$24.95

Quick Overview

Card cat

Product Description

Wrote A Song for

*T-Shirt Size

* Required Fields

$24.95








JOHN FOGERTY LIVE — CREEDENCE



John Fogerty - Peace Love Creedence Tee

Availability: In stock

$24.95

Quick Overview

Black

Product Description

PLC TEE

*T-Shirt Size

* Required Fields

$24.95

Qty: 1   ADD TO CART

Customer Service  Site Map  Search Terms  Advanced Search  Orders and Returns  Contact Us







# ONE EXTRAORDINARY YEAR
# JOHN FOGERTY
## PERFORMS THE SONGS OF
## CREEDENCE CLEARWATER REVIVAL
# 1969
## LIVE ACROSS CANADA

He showed he not only remembered that material but was willing to improve upon it with skill and lessons earned and learned during the 45 years that have followed, plowing masterfully away with guitar prowess that was, quite honestly, devastatingly, monstrously, miraculously, bombastically skilful, loud and so, so rock 'n' roll. Good lord, he was on fire, putting almost every other 69-, 59-, 49-, etc.-year-old to shame with a set for the ages, inspired by the ages.

His guitar, his voice, his presence. Awesome. Simply awesome.

The show? Utterly brilliant. One that will be hard not to remember. Impossible to repeat.

Classic. – **Calgary Herald**

CONTINUE TO WEBSITE ▶